UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6547 CAS (CWx) | Date | November 30, 2011 |
|---|---|---|---|
| Title | *KIMBERLEY A. JURUN v. WM. WRIGLEY JR. COMPANY, ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, United States District Judge |
|---|---|

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS) ORDER TO SHOW CAUSE

IT IS ORDERED that counsel show cause in writing not later than **DECEMBER 15, 2011**, why this action should not be dismissed for lack of prosecution.

On November 15, 2010, the Court amended the Scheduling Order to extend the discovery cut-off date to January 14, 2011, and the deadline to file motions to January 28, 2011, with oppositions due February 11, 2011. The Court further vacated the Pretrial Conference and Trial dates [54 -- Order Amending Scheduling Order].

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court. The Court will consider as a satisfactory response the filing of the following, on or before the date shown above.

       **XXX**   Status Report as to the pending issues in this case.

FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SMOM | |