JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY A. JURUN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>WM. WRIGLEY JR. COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. CV 09-6547-CAS (CWx)<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

In consideration of the parties' stipulation, IT IS HEREBY ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated:  December 7, 2011

_Christine A. Snyder_
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

CV 09-6547-CAS (CWx)
ORDER OF DISMISSAL WITH PREJUDICE